# Exhibit D

| Email or Phone | Password |
| --- | --- |

Sign Up    Log In

Forgot account?

**Watch**   Home   Shows   Live                 🔍 Search videos



▶ 0 -23:41 🔇 ⚙ ⛶ ⋮

### FRED SEAMAN - JOHN LENNON'S PERSONAL ASSISTANT

 **Plastic EP TV**
September 9 at 11:30 PM · 🌐

FRED SEAMAN - JOHN LENNON'S PERSONAL ASSISTANT

👍❤ 31                                    10 Comments   42 Shares

↗ Share

## Related Videos


57:45
**DAVID SALIDOR - PUBLIC RELATIONS GURU - DIRECT FROM NEW YORK**
Plastic EP TV
833 views · September 9


33:46
**JUDE SOUTHERLAND KESSLER AND TERRY CRAIN DISCUSS THE BEATLE…**
Plastic EP TV
819 views · September 8


22:37
**JENNY BOYD - HER FANTASTIC NEW BOOK - JENNIFER JUNIPER**
Plastic EP TV
972 views · September 7






1:05:23

**WORLDWIDE EXCLUSIVE INTERVIEW - CHRIS O'DELL AND LESLIE...**
Plastic EP TV
313 views · September 6


25:00

**PAUL SALTZMAN - "MEETING THE BEATLES" DOCUMENTARY (IN INDIA)...**
Plastic EP TV
479 views · September 6


15:48

**GEORGINA FLOOD - ARTIST - INTERVIEWED BY PLASTIC EP AND...**
Plastic EP TV
1.2K views · September 3


1:25

**Plastic EP just bought these 2 Archies Collectibles just to show the fans !!**
Plastic EP TV
35 views · August 27


30:29

**DALIA DAVIS TALKS ABOUT HER NEW ABUM - KEEP A ENGINE CLEAN**
Plastic EP TV
74 views · August 27


56:16

**SIMON WEITZMAN - FILM MAKER**
Plastic EP TV
78 views · August 26

## Related Pages     See All



**Plastic EP**
713 Followers · Personal Blog



**John Borack: Author**
1,865 Followers · Company



**Rock History Book/Music**
1,730 Followers · Musician/Band



**Where The Action Was**
397 Followers · TV Show

> Video Transcript

Pages ▸ Other ▸ Brand ▸ Website ▸ Entertainment Website ▸ Plastic EP TV ▸ Videos ▸ FRED SEAMAN - JOHN LENNON'S PERSONAL ASSISTANT

The interview video is available at this link:

https://www.facebook.com/102039781472574/videos/311613153404173/?vh=e&extid=Ddsz8gM6d8rRDfeu