Exhibit F

# SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.

ATTORNEYS AT LAW

111 WEST 57TH STREET

NEW YORK, NEW YORK 10019

ALLEN H. ARROW*

PETER S. SHUKAT

J. JEFFREY HAFER

DOROTHY M. WEBER

JONAS E. HERBSMAN

JASON A. FINESTONE

MICHAEL B. FRISCH

ELLIOT A. RESNIK

KERRY L. SMITH

JUDITH A. MEYERS+

TELEPHONE (212) 245-4580

TELECOPIER (212) 956-6471

*ALSO MEMBER CALIFORNIA BAR

+ OF COUNSEL

WRITER'S E-MAIL:
dorothy@musiclaw.com

April 16, 2013

*Via Email & Federal Express*

Mr. Frederic Seaman
HRA/FIA Office of Procedures
Forms Unit
180 Water Street, 20th Floor
New York, NY 10038

       *Re:*   *Yoko Ono Lennon / "Lennon at Sea"*

Dear Mr. Seaman:

     We are litigation counsel for Yoko Ono Lennon. We have a copy of the publication entitled "Lennon at Sea" (the "Book"). The Book states unequivocally that it is based on "rare and unpublished material" provided to the author by you. It also contains photographs which were the subject of the lawsuit resulting in an injunction against you. <u>Lennon v. Seaman</u>, 99 Civ. 2664 (LBS). Please be advised that you remain subject to the Court Order issued by the Federal District Court in the Southern District of New York pursuant to which you, and anyone acting in concert with you, are enjoined from utilizing John Lennon materials including photographs. A copy of the Order is attached hereto.

     Your violation of the Court Order by aiding and abetting the publication and publicity for the Book constitutes contempt of Court.

     This letter shall constitute our Client's demand: (a) that you supply us with an inventory of all materials in your possession which you provided to Mr. Donovan author of the Book; (b) that you immediately cease and desist

any and all prohibited conduct; and (c) that pursuant to paragraph 10 of the Court Order you return the 374 photographs and all copies thereof.

In the event we are forced to return to Federal Court to enforce our client's rights, we shall seek all fees and costs as set forth in paragraph 10(d) of the Court Order.

We demand an immediate response that you will comply with these demands.

This letter is written without prejudice to our client's rights and remedies, in law or in equity, all of which are hereby expressly reserved.

Very truly yours,

SHUKAT ARROW HAFER WEBER & HERSMAN, LLP

Dorothy M. Weber

DMW:ts
Attachment
cc:     Jonas E. Herbsman, Esq. (via email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

U.S. DISTRICT COURT
JUN 30 2003
S. D. OF N.Y.

YOKO ONO LENNON,

Plaintiff,

- against -

FREDERIC SEAMAN,

Defendant.

99 Civ. 2665 (LBS) (JCF)

**FINAL JUDGMENT ON CONSENT**

WHEREAS, by complaint dated April 13, 1999, plaintiff Yoko Ono Lennon commenced

an action against defendant Frederic Seaman in the United States District Court for the Southern

District of New York, Index No. 99 Civ. 2665 (the "Action"); and

WHEREAS, the issues in the Action were duly tried before a jury on September 24, 2002

through September 26, 2002, both parties appearing by counsel; and

WHEREAS, at the conclusion of all of the evidence on September 26, 2002, *and whereas* the parties

consented (1) to the issuance of this Final Judgment on Consent, and (2) to waive any right to

appeal from any such Final Judgment on Consent that they, or either of them, may have; and

NOW pursuant to the consent and agreement of the parties, it is hereby FINALLY

ADJUDGED, ORDERED and DECREED that:

1.    Defendant Frederic Seaman, and anyone acting in concert or participation with
him, *its representatives, assigns, administrators and heirs are* is hereby permanently and perpetually enjoined from divulging, exploiting, or publicizing,
commercially or otherwise, in any manner or medium *now a hereafter devised* whatsoever, any information, facts,
anecdotes, or other statements relating in any way to John Lennon, Yoko Ono Lennon or Sean
Lennon (collectively "The Lennon Family"). For the avoidance of doubt, this injunction
includes, without limitation, statements made in books, fiction or non-fiction, magazine articles,
press interviews, television reports, documentaries, radio interviews, audio recordings, film or

*, on Sept 25, 2002, the Court, pursuant to Rule 50 of the Federal
Rules of Civ. Procedure found, interalia, that π, Y.O.L had, as a
matter of law, had prevailed on π's 10th + 11th causes of Action
for breach of contract and was entitled to relief on such claims, including
injunctive relief; and*

video recordings, or any other medium of public dissemination. For the further avoidance of doubt, this injunction also applies to the publication of any image of the Lennons *(or any one of them)* including, without limitation,

(a) the 374 photographs at issue in this Action, copies of which were marked during the trial herein as Plaintiff's Exhibits 1, 2, and 3 (the "374 Photographs"); and

(b) copies, in any medium, of the "Cannon Hill Video," a copy of which was marked during the trial herein as Plaintiff's Exhibit 6 (the "Cannon Hill Video"), or any portion whatsoever thereof;

For the further avoidance of doubt, this injunction also applies to any reprinting or reissuance of the book, The Last Days of John Lennon, or any version thereof, *upon any title,* authored by defendant Frederic Seaman, and to any reprinting or republication of any other work by Frederic Seaman relating to the Lennons which has been published or publicly displayed prior to the date hereof, including without limitation, any of the magazine articles or videos which were at issue in the Action.

2. By this Judgment, it is hereby declared that the 374 Photographs and any other photograph taken by Frederic Seaman of any member of the Lennon Family, or taken on or at premises owned or controlled by John Lennon and Yoko Ono Lennon (collectively the "Lennons"), are works-made-for-hire for the Lennons and, accordingly, Mrs. Lennon, as successor to all joint interests of the Lennons, is the rightful owner of the copyrights therein. It is further declared that Frederic Seaman has not and has never had rights to the copyrights to the 374 Photographs or any such photographs which he took of the Lennons or at premises owned *Lennon Family (Cannon Hill)* or controlled by the Lennons.

3.     Within ten (10) days of the date of this Judgment, Frederic Seaman shall deliver to Mrs. Lennon any and all originals or copies of any materials, of any nature whatsoever, in his possession, custody, or control (including without limitation, any material stored in a storage facility, or at the home or other premises of a third party) which relate in any way to John Lennon, Yoko Ono Lennon, or Sean Lennon (unless this Judgment expressly provides otherwise, and except for mass produced publicly available merchandise, and except for the documents comprising Plaintiff's Exhibit 16 placed in evidence at trial), including, but not limited to:

    (a)   any and all slides, negatives, prints or photocopies (black and white or color) of, or any other medium (including videocassette) containing, any photograph featuring an image of any member of the Lennon Family, including, without limitation, the 374 Photographs;

    (b)   any and all copies, in any medium or format, of the Cannon Hill Video;

    (c)   any documents with John Lennon's, Yoko Ono's, and/or Sean Lennon's handwriting;

    (d)   any artwork by John Lennon, Yoko Ono, and/or Sean Lennon;

    (e)   any correspondence to or from any member of the Lennon Family; and

    (f)   any video or audiotape containing the image or voice of any member of the Lennon Family.

Upon delivery of such property to Mrs. Lennon, Defendant shall simultaneously deliver an affidavit in the form annexed hereto as Exhibit A, whereby he shall swear, under the penalty of perjury, that he has no material relating to the Lennons remaining in his possession, custody or control, other than as expressly permitted under this Judgment.

4.    Defendant hereby acknowledges that, during the years of his employ with the Lennons, he stole property belonging to the Lennons from the Lennon household and other premises owned or controlled by the Lennons; that he failed ever to return such property, and that he has sold such property on the memorabilia market.

5.    Defendant *personally* agrees to and hereby makes the following public statement *in open court, and only in open court*:

I wish to offer this public apology to Yoko Ono; I did wrong by you and indeed am guilty of violating your trust. After more than 20 years, it is time for me to ask your forgiveness for my actions. I did in fact steal items from you that once belonged to you and John. These items include diaries, photos, documents, and more. I wrote things about you and your family in my book and various tabloids that were ~~untrue~~ *factually inaccurate* and I now realize how much pain and embarrassment I have caused. It is impossible to undo what has taken place. But it stops here and now. I will return any remaining things that I have that are yours. I will refrain from ever writing anything about you or your family or about my time in your employ. I offer no excuse for my conduct and only ask that you can find it in your heart to forgive so I can move on with my life.

6.    Within five (5) days following entry of this Final Judgment and Order, defendant Frederic Seaman shall notify the Register of Copyrights to cancel any and all copyright registrations and/or withdraw any pending copyright applications as to which Frederic Seaman is

identified as the claimant for any of the 374 Photographs or any other photograph or video of the Lennons (or any one of them), including but not limited to the following:

    (a)    Registration No. VA ___-___, for a work entitled "John and Sean at

            Beach";

    (b)    Registration No. VA 991-871, for a work entitled "John Lennon: Living

            on Borrowed Time";

    (c)    Registration No. VA 981-919, for a work entitled "Inside John Lennon's

            Private World";

    (d)    Registration No. VA 981-920, for a work entitled "Now It's The

            Threetles"; and

    (e)    Registration No. VAu 456-702, for a work entitled "The Frederic Seaman

            Lennon Archive."

Defendant Seaman shall provide the Register of Copyrights with a copy of this Final Judgment on Consent and shall provide copies of any correspondence to or from the Register of Copyrights to Plaintiff's counsel, by facsimile, promptly following his sending or receipt of such correspondence.

7.    Upon full execution of this Final Judgment on Consent, Mrs. Lennon shall deliver to Defendant the three volumes of Frederic Seaman's original diaries of which she is presently in possession, provided that Mrs. Lennon shall retain possession of copies of each such diary and Frederic Seaman shall swear by affidavit to the authenticity of each such copy.

8.    Mrs. Lennon agrees that, in the event that she *hereafter* uses the photograph referred to in the Action as "John and Sean at the Beach" (the "Photograph") on any published work not heretofore published in any format or medium (a "New Work") she shall accord credit to *or my public display*

- 5 -

Frederic Seaman as the photographer. For the avoidance of doubt, any reprints, reissues, or reproductions of the "Lennon Collection" record jacket featuring the Photograph, or of the booklet contained in the John Lennon Anthology, and any advertisement or promotion therefor featuring the Photograph need not contain a credit to Frederic Seaman. Moreover, in the event that a third party makes a good faith claim that he or she is the actual photographer of the Photograph, Mrs. Lennon's obligation under this paragraph to provide credit to Frederic Seaman on any New Work featuring the Photograph shall be suspended until such claim is resolved. In connection with the foregoing, Mrs. Lennon agrees to promptly notify Defendant of any such claim and to provide Frederic Seaman with such claimant's supporting documentation, if any.

9.    Provided that Defendant is in complete compliance with his obligations hereunder, Mrs. Lennon agrees that within thirty (30) days of Defendant's full and complete delivery to her pursuant to paragraph 3 hereof, she shall deliver to Defendant, at Defendant's cost, a single 4 x 6 color print copy of each of the 374 Photographs, each of which shall bear an imprint stating "© Yoko Ono Lennon. No rights of reproduction without written permission."

10.   In the event that Defendant violates any of his obligations hereunder, and as a result Plaintiff initiates a legal proceeding to enforce her rights under this Judgment, Defendant hereby:

    (a)    agrees to immediately turn over to Mrs. Lennon each of the 374 Photographs delivered to Defendant pursuant to paragraph 9 hereof;

    (b)    agrees that Plaintiff will be irreparably harmed by such breach and entitled to immediate injunctive relief;

    (c)    waives any defense of Statute of Limitations, laches, estoppel, waiver, acquiescence or any other statutory or equitable defense; and

- 6 -

(d)   agrees to reimburse Plaintiff for her costs, including reasonable attorneys
fees, incurred in connection with any successful claim brought by Plaintiff
to enforce her rights under this Judgment.

11.   The Action, including all claims and counterclaims asserted therein, shall be
dismissed with prejudice, and without costs and disbursements to any party. Simultaneously
with the execution of this Final Judgment on Consent, the parties, by their counsel, will execute a
Stipulation and an Order of Dismissal With Prejudice (the "Stipulation of Dismissal") in the form
annexed hereto as Exhibit B. Within five (5) days following receipt by plaintiff's counsel of the
materials described in paragraph 3 hereof, plaintiff's counsel shall cause the Stipulation of
Dismissal to be filed with the United States District Court for the Southern District of New York
for Signature by the Court.

12.   Plaintiff Yoko Ono Lennon hereby releases Defendant Frederic Seaman and any
and all of Defendant's heirs, executors, administrators, employees, and agents (the "Defendant
Releasees") from any claim of defamation, slander, libel, or invasion of right of privacy or
publicity arising out of any publication which was specifically placed in evidence at the trial of
this Action.

13.   Defendant Frederic Seaman hereby releases Plaintiff Yoko Ono Lennon and any
and all of Plaintiff's heirs, executors, administrators, employees, and agents (the "Plaintiff
Releasees") from all actions, causes of action, suits, debts, dues, sums of money, accounts,
reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises,
variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever,
in law, admiralty, or equity, which, against any of the Plaintiff Releasees, Defendant and his
successors and assigns ever had, now have or hereafter can, shall or may have, for, upon, or by

-7-

reason of any matter, cause or thing whatsoever from the beginning of the world to the date hereof.

14.     This Final Judgment on Consent embodies the full, complete and entire agreement and understanding of the parties of all of the terms and conditions with respect to the matters discussed.

15.     Each of the parties represents that it has the full right, power and authority to enter into this Final Judgment on Consent and to settle the Action as set forth herein and to release the claims it is releasing under this Stipulation and Order of Settlement and Release. Each of the parties further represents that it is the sole owner of each claim that it is releasing hereunder.

16.     This Final Judgment on Consent shall be deemed to have been written jointly by the parties. Ambiguities shall not be construed against the interest of any party by reason of that party having drafted all or any part of this Final Judgment on Consent.

17.     The parties to this Final Judgment on Consent each represent that he/she has read this Final Judgment on Consent and know and understand its contents. The parties understand and expressly agree that this Final Judgment on Consent has been freely and voluntarily entered into and that no oral or written representations or promises of any kind, unless specifically contained in this Final Judgment on Consent, have been made or relied upon by any of the parties. The parties acknowledge that they have had the benefit of the advice of legal counsel before executing this Final Judgment on Consent.

Dated: New York, New York
     September 27, 2002

_____
Yoko Ono Lennon
Plaintiff

_____
Frederic Seaman
Defendant

SONNENSCHEIN NATH & ROSENTHAL

By: _____
Paul V. LiCalsi (          )
Amy J. Lippman (          )
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Attorneys for Plaintiff Yoko Ono Lennon

_____
Glenn A. Wolther ( S746 )
Jay M. Shultz (          )
305 Broadway, Suite 1102
New York, New York 10007
(212) 964-2120

Attorneys for Defendant Frederic Seaman

So Ordered: _____
Leonard B. Sand
United States District Judge

6/27/03

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON

- 9 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOKO ONO LENNON,

                                    Plaintiff,          99 Civ. 2664 (LBS) (JCF)

                - against -                              **AFFIDAVIT OF**
                                                        **FREDERIC SEAMAN**
FREDERIC SEAMAN,

                                    Defendant.

STATE OF NEW YORK        )
                        ) ss.
COUNTY OF NEW YORK      )

    FREDERIC SEAMAN, being duly sworn, deposes and says:

    1.      I am the defendant in the above-captioned action. I make this affidavit in

connection with my return of property to plaintiff Yoko Ono Lennon pursuant to Paragraph 3 of

the Final Judgment on Consent entered in this action on September    2002 (the Judgment).

    2.      I hereby swear, under penalty of perjury, that no material relating to the deponent

remains in my possession, custody, or control, other than as expressly permitted under the

Judgment.

                                            _____
                                                    Frederic Seaman

Sworn to before me on this
    day of September 2002.

_____
    Notary Public

U.S. DISTRICT COURT
FILED
JUN 2? 2003
S. D. OF N.Y.

YOKO ONO LENNON

Plaintiff,

against

FREDERIC SEAMAN

Defendant.

99 Civ. 2664 (LBS) (JCF)

*AND order of dismissal*

STIPULATION AND
~~ORDER OF SETTLEMENT~~
~~AND RELEASE~~

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their respective undersigned counsel and SO ORDERED by the Court, that this action, including all claims and counter-claims made herein, is hereby dismissed with prejudice with each party to bear its own expenses, costs, and attorneys' fees.

Dated: New York, New York
September 27, 2002

SONNENSCHEIN NATH & ROSENTHAL

By: _____
Paul V. LiCalsi (6633)
Ava J. Tips (4283)
30 Rockefeller Plaza, 29th Floor
New York, New York 10112
(212) 698-2422

Attorneys for Plaintiff Yoko Ono Lennon

_____
Gene A. Wolther (5740)
Jay M. Shultz
305 Broadway, Suite 1102
New York, New York 10007
(212) 964-2120

Attorneys for Defendant Frederic Seaman

So Ordered:

_____
Leonard B. Sand
United States District Judge
6/19/03

- 11 -

ALLEN H. ARROW*
PETER S. SHUKAT
J. JEFFREY HAFER
DOROTHY M. WEBER
JONAS E. HERBSMAN
___
JASON A. FINESTONE
MICHAEL B. FRISCH
ELLIOT A. RESNIK
KERRY L. SMITH
___
JUDITH A. MEYERS⁺

TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471
___
*ALSO MEMBER CALIFORNIA BAR
⁺ OF COUNSEL

WRITER'S E-MAIL:

dorothy@musiclaw.com

April 18, 2013

**<u>Via Email</u>**

Mr. Frederic Seaman
HRA/FIA Office of Procedures
Forms Unit
180 Water Street, 20th Floor
New York, NY 10038

   Re: <u>Yoko Ono Lennon / "Lennon at Sea"</u>

Dear Mr. Seaman:

   We are in receipt of your email. We are enclosing some of the material which has been disseminated by Mr. Donovan. The public relations and the dedication in the book clearly and unequivocally state that he contacted you and that you granted him permission to use your story. He also states that you provided him with the material. (We attach those materials.)

   The veracity of the statement in your email dated April 18, 2013 is suspect in that you were photographed with a copy of the book at Beatlefest. (A copy of the photograph of you holding the book is attached hereto.) You took no steps at the time to suggest that you had any issue, with Mr. Donovan's statements concerning your involvement particularly since the woman with whom you were photographed is Mr. Donovan's publicist. If, in fact, you have objected to Mr. Donovan's use of your name and misrepresentations about your role in granting permission to him, we ask that you immediately provide us with the documentation.

If it is your position that none of Mr. Donovan's statements are true, we assume that you will have no objection to stating your position before a court reporter under penalty of perjury and we ask when you will be available to do so.

In the interim, we reserve our clients' rights and remedies in connection with this matter.

Very truly yours,

Dorothy M. Weber

DMW: jp
Attachments
cc:     Jonas E. Herbsman, Esq.



Bill Schaeffer

Welcome
News Feed
Messages
Find Friends
Events   10
App Center
Pokes

See More...

No one is available to chat.

Search for people, places and things

Thom Donovan   Timeline   Now



Share

3 people like this.

 **Thom Donovan** shared Tom Waits Fans's photo.
Monday

Wild Years: The Music and Myth of Tom Waits

http://amzn.to/16JblXy

"We are buried beneath the weight of information, which is
being confused with knowledge; quantity is being confused
with abundance and wealth with happiness.
We are monk...See More



Share

3 people like this.

 **Craig Sargent**   Thom Donovan
Monday

Got your book, Thom, and truly enjoying it. A fine work of love,
scholarship and craft. Many Thanks.

 **Craig Sargent** I failed to mention talent, inspiration,
determination, imagination .... Peace.
Monday at 7:14pm

 **Thom Donovan** Thanks, much, Craig. I still am waiting to get a
copy. AND, as it turns out, what you have is about to become
'rare.' Over the weekend, at a Beatle fest in NJ (I couldn't make it),
my agent met Fred Seaman, who said the cover photo belongs to
Yoko. He took it, but I will be changing the cover to a new drawing.
Glad you like it, getting nice response so far!
Monday at 7:55pm

 **Craig Sargent** Glad to hear about the response; I expected no
less. And I'll confess my reason for buying 2 copies was self-
centered rather than charitable. I have one to play with and the
other is already in shrink wrap. Keep us posted on the next/other
edition. o/_0

Share

13 people like this.

View 1 more comment

 **Thom Donovan** Yes, he just turned 60, quite healthy guy. Fred
says that the cover image belongs to Yoko, so I am making a new
one. Get the 1st 'rare' cover before they are gone!
Yesterday at 2:35pm · 3

 **Renee Skalet** hay what is up with Rebel? I can't call her Phone is
kaput and I am now worried...if new number give it to me in a
message...Pleeeeze3. Good luck with the book...
Yesterday at 4:20pm

 **Dennis O'Dowd** This is waaayyy cool!
Yesterday at 5:38pm

 **Moneen Daley Harte** Where does one get your book?
8 hours ago

 **Thom Donovan** shared www.BoomUnderground.com's photo.
Monday

OUR PLANS FOR THE EVENING:



Share

Dennis O'Dowd likes this.

 **Thom Donovan** shared www.BoomUnderground.com's photo.
Monday

BOOM GADGETS OF THE DAY: Space Age airplane S&P shakers



## ACKNOWLEDGMENTS

Many thanks to Fred Seaman, who was John Lennon's personal assistant during 1979-1980.
Much of my story is based on Fred's book, 'The Last Days of John Lennon' [1991].
I contacted Mr. Seaman and he generously granted me permission to use his story.
He has also has provided me with rare & unpublished material, some of which will be
included in the next edition of 'Lennon At Sea,' which is currently about 400 pages long.

I wish to also thank the many other friends & family who helped, supported and accommodated
me during the preparation of this project. Judy McAllister, for her generous support & advice;
James Mahan, for production assistance & sarcasm. Also Chris Williamson, Elyssa & Elly LaFrance,
Linda Lake & Gail Schoenberger, Jim Napoli, Susan Fredricks & Susannah Sjostrom,
Ekatrine Clancy, Charlie Hummel & Wendy Bergman, Anna Thal & David Reno, Steve Stanziani,
Lyse Mondor, Happy Nat, Jennifer Vanderslice, Seth Richardson & Ralph Sciarappa, Tim Coutis,
Mary MacDonald, Chachi Loprete, and anyone I unintentionally omitted.
Thanks also to the writers and photographers who, in some way, added to this narrative.

Copyright 2013 - Thom Donovan - Boston, MA

donovanthom@yahoo.com

# LENNON AT SEA

## A GRAPHIC NOVEL
## BY THOM DONOVAN

the Untold Story of John Lennon's
World Travels and Visit to Bermuda - 1980



*[Early 1980 - no certain dates]*
**John** records home demos on cassette-

**Watching the Wheels** *[Emotional Wreck]* **1** - piano [90. 0:25]
**Watching the Wheels 2** - piano [91. 4:38]
**Watching the Wheels 3** - piano [92. 2:23]
**Watching the Wheels 4** - piano [93. 2:40]
**Watching the Wheels 5** - piano [94. 1:01]
**Watching the Wheels 6** - piano [95. 2:18]
**Watching the Wheels 7** - piano [96. 0:26]
**Watching the Wheels 8** - piano [97. 4:10]
**Watching the Wheels 9** - piano [98. 3:08]
**Watching the Wheels 10** - piano [99. 3:29]
**Watching the Wheels 11** - piano [100. 3:10]
**Watching the Wheels 12** - piano [101. 0:30]
**Watching the Wheels 13** - piano [102. 4:16]
**Watching the Wheels 14** - piano [103. 4:35]
**Help Me To Help Myself 2 & 3** - electric piano [104. 3:08]



**My Life 1** [Starting Over] - piano [105. 3:11]
**My Life 2** - piano [106. 0:54]
**My Life 3** - piano [107. 1:36]
**My Life 4** - acoustic guitar [108. 2:52]
**My Life 5** - acoustic guitar [109. 2:37]
**My Life 6** - acoustic guitar [110. 2:42]
**My Life 7** - acoustic guitar [111. 0:14]
**John Henry 1** - electric guitar [112. 0:42]
**John Henry 2** - electric guitar [113. 2:12]
**Watching The Wheels 15** - electric guitar [114. 2:47]
**Corrina, Corrina** - electric guitar [115. 1:16]
**Stranger's Room 1** [I'm Losing You] - piano [116. 1:29]
**Stranger's Room 2** - piano [117. 3:45]
**Stranger's Room 3** - piano [118. 6:35]
**John Henry 3** - piano [119. 1:35]
**Serve Yourself 5** - piano [120. 4:33]
**Serve Yourself 6** - piano [121. 4:26]
**Memories 1** - piano [122. 4:33]
**Cathy's Clown** - piano [123. 1:12]
**You Send Me** - piano [124. 2:08]
**Memories 2** - piano [125. 2:30]
**Watching The Wheels 16** - electric piano [126. 0:36]

# S.S. Imagine



One day, while driving through West Palm Beach, John saw a sailboat named 'Imagine.' He agreed to rent it for a family outing. Sean was ecstatic but Yoko did not want to go. John relented, she went and was not happy.

The boat had a Captain, his wife and 2 teen kids as crew. The parents were stunned, the kids were told John used to work with Paul McCartney. Yoko sulked, looked seasick. John joked and posed for photos, then apologized for Yoko's behavior. The Captain said he recalled a Cavett show from 1971 where John sang Imagine at the white piano. John smiled.



Dinner at Knapton Hill, Bermuda - June 13, 1980
Ellen, Tyler & Kevin Coneys, John & Sean Lennon, Gretchen the Celestial Navigator
and Cap'n Hank Halsted [*photo: Fred Seaman*]









Photo © Fred Solanger



# Examiner.com

# EXCLUSIVE: John Lennon's hidden years explored in unpublished graphic novel (Photos)

JOHN LENNON | NOVEMBER 22, 2011 | BY: STEVE MARINUCCI |





### 6 photos

View the full slideshow »



**RELATED TOPICS**

- john lennon
  (http://www.examiner.com/
  topic/john-lennon)

- Music
  (http://www.examiner.com/
  music)

- howard stern
  (http://www.examiner.com/
  topic/howard-
  stern/articles)

- Beatles
  (http://www.examiner.com/
  topic/beatles)

- Comic Book
  (http://www.examiner.com/
  topic/comic-book)



**Thom Donovan** of Boston, MA, has just released *Lennon at Sea*, the first of many graphic novels he will be producing for later publication about the life and music of former Beatle John Lennon.

*Lennon at Sea* is the illustrated story of John Lennon's private life and focusing on his dramatic sea voyage to Bermuda in June, 1980. His 2 month visit there produced his last creative burst of music that surfaced on *'Double Fantasy'* and *'Milk & Honey'* LPs. The 60 page book includes original artwork, rare photos, maps & documentation of Lennon's recordings during this period.

"This book is a work-in-progress,"

says **Thom Donovan**. "A longer, more in-depth story is being developed, with hopes of being made into an animated film."

Thom has sketched out over 400 pages that involve much more personal detail and anecdotal stories for future publication. While most of the content is entirely unique and fresh information, even for the most die-hard Beatles and Lennon fans, much of the storyline is based on Fred Seaman's book *'The Last Days of John Lennon'* – a friend of Donovan's.

**Thom Donovan** is a 57-year old multi-media artist living in Boston. He has studied at art schools in Philadelphia, New Hampshire, San Francisco, San Miguel, Mexico and Boston, majoring in children's illustration, photography, book and graphic design, art history, video & live performance. He's been doing freelance illustration, commercial storyboards, art direction for magazines and publications, t-shirt and greeting card design since the 1970s.

For more information and ordering, go to: http://www.magcloud.com/browse/issue/319881

Views: 2819

Tags: Thom Donovan, john lennon, lennon at sea, new books about the life of john lennon, novels about john lennon, the life of john lennon

Like
1 member likes this

Share Twitter

Like 2

- < Previous Post
- Next Post >

Comment

**You need to be a member of Emerging Magazine to add comments!**

Join Emerging Magazine

Welcome to
Emerging Magazine

**Sign Up**
or Sign In

Or sign in with:

- 
- 
- 
- 
- 

© 2013   Created by Emerging Magazine.

Badges  |  Report an Issue  |  Terms of Service