UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOKO ONO LENNON,<br><br>                              Plaintiff,<br>             -v-<br><br>FREDERIC SEAMAN,<br><br>                              Defendant. | 20 Civ. 8176 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Plaintiff Yoko Ono Lennon has filed a related case statement in this matter, indicating that this matter is related to *Lennon v. Seaman*, No. 99 Civ. 2664 (LBS) (JCF) (S.D.N.Y.).  *See* Dkt. 4.  That case, however, is closed, and the Hon. Leonard B. Sand, to whom that case was assigned, is deceased.  I will therefore retain supervision over this case.

SO ORDERED.

*Paul A. Engelmayer* (signature)
Paul A. Engelmayer
United States District Judge

Dated: October 5, 2020
       New York, New York