UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| YOKO ONO LENNON, | | |
| Plaintiff, | | 20 Civ. 8176 (PAE) |
| -v- | | |
| FREDERIC SEAMAN, | | ORDER |
| Defendant. | | |

PAUL A. ENGELMAYER, District Judge:

At today's initial pretrial conference, the Court approved the parties' case management plan and joint plan to litigate, on an expedited basis, plaintiff's anticipated contempt motion. In connection with that motion, the Court directed plaintiff to file a letter setting out the specific areas of conduct that will form the basis of the contempt motion by December 30, 2020. The Court authorized expedited discovery to be taken of the defendant in connection with that motion. By December 30, 2020, the parties are to submit jointly a letter setting out their agreement as to discovery and briefing deadlines in connection with the contempt motion, which contemplates a date for plaintiff's reply brief no later than February 5, 2021.

SO ORDERED.

                                                      _____
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: December 23, 2020
       New York, New York