**SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP**
ATTORNEYS AT LAW
494 EIGHTH AVENUE, SIXTH FLOOR
NEW YORK, NEW YORK 10001
ENTRANCE ON 35TH STREET

J. JEFFREY HAFER
DOROTHY M. WEBER
JONAS E. HERBSMAN
MICHAEL B. FRISCH
ELLIOT A. RESNIK
JOSEPH M. CONLEY
ANDREW J. DUNN
———
JUDITH A. MEYERS+

PETER S. SHUKAT (1970-2014)
ALLEN H. ARROW (1954-2016)
———
TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471
———
+OF COUNSEL

**WRITER'S E-MAIL:**
dorothy@musiclaw.com

January 14, 2021

<u>*Via ECF*</u>

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

   Re: *Yoko Ono Lennon v. Frederic Seaman,* **No. 1:20-cv-08176-PAE**

Dear Judge Engelmayer:

  The parties submit this joint letter to advise the Court that they have reached a settlement in this matter. In accordance with Rule 4.C of Your Honor's Individual Rules and Practices in Civil Cases and pursuant to the terms of the Settlement Agreement, the parties respectfully request that the Court so-order the following documents relating to the Settlement Agreement:

1. Stipulated Settlement Agreement (Dkt. 33);
2. Order of Permanent Injunction (Dkt. 34);
3. Judgment (Dkt. 35);
4. Findings of Fact and Conclusions of Law (Dkt. 36).

  The signed Stipulation of Dismissal (Exhibit E to the Settlement) will be timely filed with the Court pursuant to paragraph 16 of Settlement Agreement. We thank the Court for its time and close attention to this matter.

                   Respectfully submitted,

| | |
|---|---|
| BRUSTEIN LAW PLLC | SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP |
|   |   |
|  */s/ Evan Brustein*         |  */s/ Dorothy M. Weber*     |
| Evan Brustein, Esq. | Dorothy M. Weber, Esq. |
| *Attorneys for Defendant* | Joseph M. Conley, Esq. |
| *Frederic Seaman* | *Attorneys for Plaintiff* |
| | *Yoko Ono Lennon* |