**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

YOKO ONO LENNON,                                    Case No.: 1:20-cv-08176-PAE

                Plaintiff,
-against-

FREDERIC SEAMAN,

                Defendant.
-----------------------------------------------------------x

## JUDGMENT

Plaintiff, Yoko Ono Lennon ("Mrs. Lennon" or "Plaintiff") having filed a Complaint dated October 1, 2020 (Dkt. 1) against Defendant Frederic Seaman ("Defendant" or "Seaman");

WHEREAS, Plaintiff and Defendant, having entered into a Settlement Agreement dated January 13, 2021, which was so-ordered on January 19, 2021, stipulated to Findings of Fact and Conclusions of Law dated January 13, 2021 and so-ordered on January 19, 2021, stipulated to a Permanent Injunction dated January 13, 2021, which was so-ordered on January 19, 2021 and judgment in favor of Plaintiff and against Defendant;

WHEREAS, Defendant, as set forth in his Declaration dated January 13, 2021, the Settlement Agreement dated January 13, 2021, and Findings of Fact and Conclusions of Law dated January 13, 2021, hereby agrees, acknowledges and judicially admits that he was on notice of the Final Judgment on Consent entered by the Hon. Leonard B. Sand in the United States District Court for the Southern District of New York, Case No. 99 Civ. 2664 in 2003 (the "2003 Order") and that Defendant's conduct as set forth in the Complaint constituted violations of the 2003 Order;

WHEREAS, Defendant, as set forth in the Settlement Agreement dated January 13, 2021, judicially admits that the Plastic EP TV Interview, interviews with Anna Frawley, Kenneth Womack, Maria Martin and his December 7, 2020 Go Fund Me Post all violated the 2003 Order and other violations set forth in his Declaration dated January 13, 2021;

WHEREAS, Defendant, as set forth in the Settlement Agreement dated January 13, 2021 and Findings of Fact and Conclusions of Law dated January 13, 2021, admits damages for Plaintiff's copyrights infringement claim as set forth in the Complaint;

WHEREAS, as set for in the Settlement dated January 13, 2021, the parties have agreed to the entry of a non-dischargeable judgment in the amount of five thousand ($5,000.00) dollars in favor of Plaintiff and against Defendant;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Final Judgment is HEREBY AWARDED in favor of Plaintiff Yoko Ono Lennon and against Defendant Frederic Seaman in the amount of five thousand dollars ($5,000);
2. The Court retains jurisdiction of the parties hereto for the purpose of any proceedings to enforce the terms of the Settlement, the Permanent Injunction and this Judgment; and
3. The parties hereto have waived appeal from this Judgment.

Dated: New York, New York
       January 19, 2021

SO ORDERED:

*Paul A. Engelmayer*

Hon. Paul A. Engelmayer
United States District Judge

## CONSENT, WAIVER AND STIPULATION

As between the parties, the provisions of this Judgment shall be and become effective immediately upon its execution by the parties, and need not await execution by the Court.

**Defendant Frederic Seaman**

By: _____
Frederic Seaman

Date: 1/14/21

**Approved as to form**:

By: _____
Evan Brustein, Esq.
Attorney for Defendant
Frederic Seaman

Date: 1/13/21

Approved as to form.

By: _____
Dorothy M. Weber, Esq.
Attorney for Plaintiff
Yoko Ono Lennon

Date: 1.13.2021